USDC SDNY
DOCUMENT ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/7/18

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JAVIER ESCAMILLA, on behalf of himself and others similarly situated,

                Petitioner,

-against-

UNCLE PAUL'S PIZZA & CAFÉ INC., ET AL.

                Respondent.

16-CV-6305 (ALC) (KHP)

ORDER ADOPTING
<u>REPORT & RECOMMENDATION</u>

---

**ANDREW L. CARTER, JR., United States District Judge:**

Plaintiff filed this FLSA action on August 9, 2016. ECF No. 1. On January 18, 2017, this matter was referred to United States Magistrate Judge James Francis, and thereafter redesignated to Magistrate Judge Katharine H. Parker, for pretrial supervision. ECF No. 25. On January 23, 2018, Judge Parker issued a Report and Recommendation ("R&R") recommending approval of the parties' settlement. ECF No. 89.

Because no timely objection was made, the Court "need only satisfy itself that there is no clear error on the face of the record" to adopt the R&R. *Figueroa v. Riverbay Corp.*, No. 06-cv-5364 (PAC) (KNF), 2006 WL 3804581, at *1 (S.D.N.Y. Dec. 22, 2006) (quoting *Wilds v. United Parcel Serv.*, 262 F. Supp. 2d 163, 169 (S.D.N.Y. 2003)). The Court finds no clear error in the record and adopts the reasoned conclusions in Judge Parker's R&R in their entirety.

For the reasons stated, the court dismisses the action with prejudice and without costs as to the Named Plaintiff's claims, and further respectfully directs the Clerk of Court to close this case, subject to reopening upon request of Plaintiff for purposes of enforcement of the settlement.

**SO ORDERED.**

Dated: February 7, 2018
      New York, New York

                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**